FILED

2018 Nov-09  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

     v.                                Case Number 5:16-CR-340-RDP-JHE-1

ANGELA FAYE JENKINS,

    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ANGELA FAYE JENKINS, was represented by Robin P. Robertson.

It appearing that the defendant in the above styled cause, who was convicted on April 3, 2017 and sentenced to custody for SIX (6) months and placed on supervised release for a period of TWELVE (12) months, has violated the terms of supervised release, it is hereby ORDERED that supervised release be REVOKED.  As pronounced on November 8, 2018, the defendant shall be sentenced for a term of THIRTY (30) minutes to be served in conference with her counsel immediately following the hearing.  At the conclusion of the sentence, the defendant shall be on supervised release for a period of THREE HUNDRED SIXTY-FOUR (364) days.

While on supervised release, the defendant shall comply with the previously imposed special conditions.  Special Condition # 5 is amended to reflect that the defendant shall not engage in an occupation, business, profession, or volunteer activity that would require or enable her to have access to the financial accounts of other individuals or entities, unless the probation officer gives her express permission to do so and after she has made full disclosure to her employer of her felony conviction.

Incarceration fee waived as inapplicable.  The restitution balance, in the amount of $85,109.41 is re-imposed.

Signed this 9th day of November, 2018.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE