FILED
2019 Feb-11  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

February 11, 2019

TO:   Clerk, U.S. District Court
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

In RE: Transfer of Supervision/Jurisdiction
USA v. Angela Faye Jenkins
Our Case No.  5:16-CR-340-RDP-JHE

Dear Sir/Madam:

Pursuant to 18 U.S.C. § 3605, I am enclosing herewith copies of the order transferring jurisdiction of the subject probationer or supervised release and the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By: /s/ S. Handley
Deputy Clerk

Enclosures

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER (Tran. Court)<br>5:16CR00340-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>ANGELA FAYE JENKINS | DISTRICT<br>ND/AL | DIVISION<br>HUNTSVILLE |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable R. David Proctor | |
| | DATES OF SUPERVISED<br>RELEASE | FROM<br>11/08/18 | TO<br>12/08/19 |

OFFENSE
26 U.S.C. 7206(1) - False Statements on a Tax Return

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    NORTHERNDISTRICT OF GEORGIA    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* *Collection of restitution will be retained by the sentencing district if the restitution has been ordered joint and several with any other defendant(s).*

| 15 Jan. 2019 | R. ⊖ ⅅ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERNDISTRICT OF GEORGIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| February 5, 2019 | Mim Main My |
|---|---|
| Effective date | United States District Judge |